U.S. Department of Homeland Security

**Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act**

Office: DETROIT, MI (BRIDGE), POE

File No: A[REDACTED]066
Event Number: DCB[REDACTED]

Statement by: DUGDALE, TIMOTHY

In the case of: TIMOTHY E. DUGDALE

Date of Birth: [REDACTED] 1964

Gender (circle one): (Male) Female

At: DETROIT AMBASSADOR BRIDGE           Date: January 10, 2012

Before: JOSEPH S. MORIN                                                                CBPO
(Name and Title)

In the ENGLISH language. Interpreter N/A          Employed by N/A

I am an officer of the United States Department of Homeland Security. I am authorized to administer the immigration laws and to take sworn statements. I want to take your sworn statement regarding your application for admission to the United States. Before I take your statement, I also want to explain your rights, and the purpose and consequences of this interview.

You do not appear to be admissible or to have the required legal papers authorizing your admission to the United States. This may result in your being denied admission and immediately returned to your home country without a hearing. If a decision is made to refuse your admission into the United States, you may be immediately removed from this country, and if so, you may be barred from reentry for a period of 5 years or longer.

This may be your only opportunity to present information to me and the Department of Homeland Security to make a decision. It is very important that you tell me the truth. If you lie or give misinformation, you may be subject to criminal or civil penalties, or barred from receiving immigration benefits or relief now or in the future.

Except as I will explain to you, you are not entitled to a hearing or review.

> U.S. law provides protection to certain persons who face persecution, harm or torture upon return to their home country. If you fear or have a concern about being removed from the United States or about being sent home, you should tell me so during this interview because you may not have another chance. You will have the opportunity to speak privately and confidentially to another officer about your fear or concern. That officer will determine if you should remain in the United States and not be removed because of that fear.

Until a decision is reached in your case, you will remain in the custody of the Department of Homeland Security.

Any statement you make may be used against you in this or any subsequent administrative proceeding.

Q. Before we start, do you need to use the restroom or get a drink of water at this time?
A. Already done that. TD
Q. Do you understand what I've said to you?
A. Yes sir. TD
Q. Do you have any questions?
A. I would like to know what is happening. TD
Q. Are you willing to answer my questions at this time?
A. Yes sir. TD
Q. Do you swear or affirm that all statements you are about to make are true and complete?
A. Yes sir. TD
Q. What is your true and complete name?
A. Timothy Edward Dugdale TD
Q. Have you ever been known by any other names?
A. Yes TD
Q. What name?
A. Andrew Julian Picarda. TD
...(CONTINUED ON I-831)

Page 1 of 5

I-867A (08/01/07)

U.S. Department of Homeland Security       Continuation Page for Form __I-867A__

| Alien's Name | File Number | Date |
|---|---|---|
| DUGDALE, TIMOTHY | A[       ]066<br>Event No: DCB[    ] | January 10, 2012 |

Q. Was this your birth name?
A. Yes.
Q. Why was your name changed?
A. Adoption.
Q. How old were you when you were adopted?
A. 1 month.
Q. Do you know your biological mother and father?
A. I do not.
Q. What is your date of birth?
A. [        ]1964
Q. Where were you born?
A. London, England.
Q. Of what country are you a citizen?
A. Canada and Great Britian.
Q. Do you make any claim to being a citizen of any other countries?
A. I do not.
Q. Do you make any claim to be a citizen of the United States?
A. No.
Q. Do you make any claim to United States Lawful Permanent Residence status?
A. No.
Q. Has anyone filed any petitions for you to receive any immigration benefits In the United States?
A. Yes my mother outside the United States.
Q. When did she file?
A. September 2001.
Q. Are you waiting for approval?
A. Yes sir.
Q. What is your adopted father's name?
A. Edward Dugdale.
Q. Where was your adopted father born?
A. Blackpool, England.
Q. Of what country is your adopted father a citizen?
A. Canadian and England.
Q. Does your adopted father have any claim to be a citizen or Lawful Permanent Resident of the United States?
A. No sir.
Q. Has your adopted father ever lived in the United States?
A. No.
Q. What is your adopted mother's maiden name?
A. Newman
Q. What is your adopted mother s first name?
A. Sara.
Q. Where was your adopted mother born?
A. Louisville, Kentucky.
Q. Of what country is your adopted mother a citizen?
A. The United States.
Q. Do you have any relatives that are U.S. citizens or Lawful Permanent Residents of the United States other that you mother?
A. Yes I have an aunt
Q. Did your U.S. citizen adopted mother apply for you to become a U.S. citizen before you were 18 years old?
A. No sir.
...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| JOSEPH S. MORIN | CBPO |

2 of 5 Pages

**U.S. Department of Homeland Security**          **Continuation Page for Form** I-867A

| Alien's Name | File Number | Date |
|---|---|---|
| DUGDALE, TIMOTHY | A 066 Event No: DCB | January 10, 2012 |

Q. Where are you arriving from today?
A. Windsor, Ontario, Canada. TD
Q. Do you have TN non-immigrant status?
A. Yes sir. TD
Q. Who do you work for in the U.S. under TN status?
A. The University of Detroit Mercy TD
Q. What Job do you do for The University of Detroit Mercy?
A. I teach in the English Department as a Lecturer. TD
Q. ~~Do you own and operate a graphics design business in the U.S.?~~
A. ~~Yes sir.~~ TD
Q. What is the name of the business?
A. Atomic Quill Media LLC. TD
Q. Do you charge companies for your service?
A. ~~Yes I do.~~ TD
Q. What is the address of the business?
A. Redford TWP, MI., 48240 TD
Q. Is this your home address?
A. Yes sir. TD
Q. Did you apply for admission to the U.S. on 12/07/2011 at the Detroit Ambassador Bridge?
A. Yes sir. TD
Q. On 12/07/2011 what did you tell Officer Kasten regarding your graphics design company in the U.S.?
A. ~~That it was just starting and I was not doing any work.~~ TD
Q. Was this the truth?
A. No. TD
Q. ~~Why were you not truthful with Officer Kasten?~~
A. Because I was afraid I d be denied admission to the United States. TD
Q. Were you at that time performing work in the U.S. for this company?
A. Yes sir. TD
Q. Did you have any authorization from the U.S. government that allows you to own and operate this company in the U.S.?
A. Not that I know of sir. TD
Q. How long have you owned and operated Atomic Quill Media LLC. in the U.S.
A. 3 years. TD
Q. On 01/10/2012 what did you tell the primary Officer Amato when asked if you had any other jobs in the U.S. other than the teaching job?
A. I told him no. TD
Q. Was this the truth?
A. No. TD
Q. Why were you not truthful with Officer Amato?
A. Because I was afraid I d be denied entrance to the United States.
Q. On 01/10/2012 what did you tell the secondary Officer Drolet when he asked you if you did any work in the U.S. not under your TN status?
A. I told him no then I tried to explain something else.
Q. Was this the truth?
A. No. TD
Q. Why were you not truthful with Officer Drolet?
A. Because I was afraid I d be denied entrance to the United States. TD
Q. You are inadmissible to the United States for the following reason: because you knowingly misrepresented on 12/07/2011 and 1/10/2012 that you were not working and operating a business in the U.S. when in fact you were working and operating a graphics design company...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| *[signature]* JOSEPH S. MORIN | CBPO |

3 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I-867A |
|---|---|---|
| Alien's Name<br>DUGDALE, TIMOTHY | File Number<br>A ▮▮▮▮▮ 066<br>Event No: DCB▮▮▮▮ | Date<br>January 10, 2012 |

in the U.S. since 2008. You are being charged as an alien inadmissible to the United States under the following section of the Immigration and Nationality Act: 212(a)(6)(C)(i) Misrepresentation/fraud. By authority of Section 235(b)(1), you are being expeditiously removed from the United States and barred entry into the United States for a period of 5 years from today. Do You Understand?
A. Yes. TD
Q. Do you understand you will need and approved I-212 waiver of inadmissibility and I-192 criminal waiver to enter the U.S.
A. Yes. TD
Q. Do you understand that you will not be able to enter the United States without an approved I-212 waiver and I-192 criminal waiver?
A. Yes. TD
Q. Do you further understand that you are being barred from the United States for a period of no less than five years, and that attempted entry to the United States during that time without a waiver of your inadmissibility or criminal waiver may result in further adverse immigration consequences from the United States government?
A. Yes. TD

| Signature<br>*/s/ JOSEPH S. MORIN* | Title<br>CBPO |
|---|---|

4 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security

**Jurat for Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act**

Q: Why did you leave your home country or country of last residence?

A. To return to my residence in Redford.

Q. Do you have any fear or concern about being returned to your home country or being removed from the United States?

A. No.

Q. Would you be harmed if you are returned to your home country or country of last residence?

A. No.

Q. Do you have any question or is there anything else you would like to add?

A. I would be interested to know if I am qualified to work in the U.S. as an independent ~~contravtor~~ CONTRACTOR as an alian non-resident under U.S. Canadian tax treaty law.

I have read (or have had read to me) this statement, consisting of 5 pages (including this page). I state that my answers are true and correct to the best of my knowledge and that this statement is a full, true and correct record of my interrogation on the date indicated by the above named officer of the Department of Homeland Security. I have initialed each page of this statement (and the corrections noted on page(s) 2, 5 ).

Signature: TIMOTHY E. DUGDALE

Sworn and subscribed to before me at DETROIT AMBASSADOR BRIDGE on January 10, 2012.

JOSEPH S. MORIN
CBPO
Signature of Immigration Officer

Witnessed by: AMATO, ANTHONY - CBPO

Page 5 of 5

I-867B (08/01/07)